# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** James Blassingame and Sidney Hemby,

**v.**    **Case No:** 22-5069

Donald Trump

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

James Blassingame

Sidney Hemby

### Counsel Information

Lead Counsel: Patrick A. Malone

Direct Phone: ( 202 ) 742-1500  Fax: ( 202 ) 742-1515   Email: pmalone@patrickmalonelaw.com

2nd Counsel:  Cameron Kistler

Direct Phone: ( 202 ) 997-0379  Fax: ( ___ ) ____-  Email: cameron.kistler@protectdemocracy.org

3rd Counsel:

Direct Phone: ( ___ ) ____- Fax: ( ___ ) ____-  Email:

Firm Name:

Firm Address:

Firm Phone: ( ___ ) ____- Fax: ( ___ ) ____-  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.