IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| James Blassingame and Sidney Hemby,<br><br>        Appellees<br><br> v.<br><br>Donald J. Trump,<br><br>        Appellant. | No. 22-5069, 22-7030, 22-7031<br>September Term, 2021 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's Order of March 22, 2022, and D.C. Circuit Court Rule 28(a)(1), Appellant Donald J. Trump in Case Nos. 22-5069, 22-7030, and 22-7031 hereby submits this certificate as to parties, rulings, and related cases.

### A. Parties and Amici

The parties that appeared before the district court and that are before this Court are:

   **1. Defendant-Appellant**

      President Donald J. Trump

2. **Current and Former Attorneys for Defendants-Appellant**

   Current Attorneys:

   Jesse R. Binnall,
   Molly C. McCann
   Binnall Law Group, PLLC
   717 King Street, Suite 200
   Alexandria, Virginia 22314

   Former Attorneys:

   None.

3. **Plaintiffs-Appellees**

   a. *Thompson et al. v. Donald J. Trump,* Case No. 1:21-cv-400 (APM)

      Karen R. Bass, in her personal capacity

      Stephen I. Cohen, in his personal capacity

      Veronica Escobar, in her personal capacity

      Pramila Jayapal, in her personal capacity

      Henry C. Johnson, Jr., in his personal capacity

      Marcia C. Kaptur, in her personal capacity

      Barbara J. Lee, in her personal capacity

      Jerrold Nadler, in his personal capacity

      Maxine Waters, in her personal capacity

      Bonnie M. Watson Coleman, in her personal capacity

Bennie G. Thompson, in his personal capacity[1]

b. *Blassingame et al. v. Donald J. Trump,* Case No. 1:21-cv-858 (APM)

James Blassingame

Sidney Hemby

c. *Swalwell v. Donald J. Trump,* Case No. 1:21-cv-586 (APM)

Eric Swalwell

4. Current and Former Attorneys for Plaintiffs-Appellees

a. *Thompson et al. v. Donald J. Trump,* Case No. 1:21-cv-400 (APM)

Current Attorneys:

Joseph M. Sellers
Brian Corman
Alison S. Deich
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, D.C. 20005

Janette Louard
Anthony P. Ashton
Anna Kathryn Barnes
NAACP
Office of General Counsel
4805 Mount Hope Drive

---

[1] On July 20, 2021, Mr. Thompson voluntarily dismissed his claim with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Solely As To Plaintiff Bennie G. Thompson (Dkt. No. 39), *Thompson, et al. v. Donald J. Trump, et al.,* Case No. 1:21-cv-400 (APM) (D.D.C.).

Baltimore, Maryland 21215

*Attorneys for the Thompson Plaintiffs*

Former Attorneys:

None.

b. *Blassingame et al. v. Donald J. Trump,* Case No. 1:21-cv-00858

Current Attorneys:

Patrick A. Malone
Daniel Scialpi
Patrick Malone & Associates, P.C.
1310 L Street, N.W., Suite 800
Washington, D.C. 20005

Genevieve C. Nadeau
United to Protect Democracy
15 Main Street, Suite 312
Watertown, Massachusetts 02472

Kristy L. Parker
United to Protect Democracy
2020 Pennsylvania Avenue, N.W., Suite 163
Washington, D.C. 20006

Former Attorneys:

None.

c. *Swalwell v. Donald J. Trump,* Case No. 1:21-cv-586 (APM)

Current Attorneys:

Barry Coburn
Marc Eisenstein

Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W., 2nd Floor
Washington, D.C. 20036

Matthew Kaiser
Sarah R. Fink
KaiserDillon PLLC
1099 14th Street, N.W.
8th Floor West
Washington, D.C. 20005

Phillip Andonian
CalebAndonian PLLC
1100 H. Street, N.W., Suite 315
Washington, D.C. 20005

Former Attorneys:

None.

5. **Other Interested Parties (Amici)**

Steven A. Hirsch
Nic Marais
Matan Shacham
Keker, Van Nest, & Peters LLP
633 Battery Street
San Francisco, California 94111-1809

*Attorneys for Amicus Curiae Floyd Abrams, Erwin Chemerinsky, Martha Minow, and Laurence H. Tribe*

Paul M. Smith
Adav Noti
Mark P. Gaber
Jonathan Diaz
Hayden Johnson

5

1101 14th Street, NW, Suite 400
Washington D.C. 20005

*Attorneys for Amicus Curiae Campaign Legal Center Action*

Elizabeth B. Wydra
Brianne J. Gorod
Dayna J. Zolle
Constitutional Accountability Center
1200 18th Street NW, Suite 501
Washington D.C. 20036

*Attorneys for Amicus Curiae Law Professors*

Christine P. Sun
States United Democracy Center
3749 Buchanan Street, No. 475165
San Francisco, California 94147-3103

Jonathan L. Williams
Jonathan L. Williams, P.A.
113 South Monroe Street, First Floor
Tallahassee, Florida 32301

*Attorneys for Amicus Curiae Jared Holt*

## B. Rulings Under Review

The ruling under review is the Order of the U.S. District Court for the District of Columbia (Mehta, J.), docketed February 18, 2022, denying Defendant-Appellant Donald J. Trump's Motion to dismiss. *Thompson v. Trump*, 2022 WL 503384 (D.D.C. 2022).

## C. Related Cases

The Court has *sua sponte* consolidated the related appeals No. 22-5069, 22-7030, and 22-7031. In addition to these three cases, there are five other cases that are based on similar facts in the district courts.

1. *Conrad Smith et al. v. Donald J. Trump et al.,* Case No. 1:21-cv-2265 (APM) (D.D.C.)

2. *Brianna Kirkland v. Donald J. Trump*, Case No. 1:22-cv-34 (APM) (D.D.C.)

3. *Marcus J. Moore v. Donald J. Trump*, Case No. 1:22-cv-10 (APM) (D.D.C.)

4. *Bobby Tabron et al. v. Donald J. Trump*, Case No. 1:22-cv-11 (APM) (D.D.C.)

5. *Michigan Welfare Rights Organization et al. v. Donald J. Trump et al.,* Case No. 1:20-cv-3388 (EGS) (D.D.C).

Defendant-Appellant is not aware of any other related case pending before this Court or any court.

Dated: April 21, 2022                    Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Molly McCann

>BINNALL LAW GROUP, PLLC
>717 King Street, Suite 200
>Alexandria, Virginia 22314
>Phone: (703) 888-1943
>Fax: (703) 888-1930
>Email: jesse@binnall.com
>           molly@binnall.com
>
>*Attorneys for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump*