# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

───────────────────────────

No. 22-5069

JAMES BLASSINGAME AND SIDNEY HEMBY

Plaintiffs

v.

DONALD J. TRUMP

Defendant

───────────────────────────

No. 22-7030

REPRESENTATIVE ERIC SWALWELL

Plaintiff,

v.

DONALD J. TRUMP, et al

Defendants,

───────────────────────────

No. 22-7031

HON. BENNIE G. THOMPSON, et al.

Plaintiffs,

v.

DONALD J. TRUMP, et al.

Defendants.

───────────────────────────

## NOTICE OF PROPOSED BRIEFING FORMAT

In response to the Court's May 24, 2022 Order, the parties jointly state that:

1. Appellant will file a single opening brief. Appellant is not requesting an extension of the standard word allotment for his brief.

2. All appellees will file a single consolidated opposition brief. Because only one issue is presented for review, *see* Appellant's Statement of Issues Presented, Document #1943923, Appellees are not requesting an extension of the standard word allotment for their brief.

3. Appellant will file a single reply brief.

Dated: June 13, 2022

Respectfully submitted,

 /s/ Joseph M. Sellers
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. Fifth Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Janette Louard, Bar No. OH066257
(application for admission forthcoming)

 /s/ Jesse R. Binnall

Jesse R. Binnall
Molly McCann
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
molly@binnall.com

*Attorneys for Defendant Donald J. Trump*

2

Anthony P. Ashton, Bar No. MD25220
(application for admission forthcoming)
Anna Kathryn Barnes, Bar No. 1719493
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Robert B. McDuff (admitted pro hac vice)
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
601-259-8484

*Attorneys for Plaintiffs Hon. Bennie G. Thompson, et al.*

Patrick A. Malone (Bar No. 397142)
Daniel Scialpi (Bar No. 997556)
(application for admission forthcoming)
Heather J. Kelly (Bar No. 453154)
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street, N.W., Suite 800
Washington, D.C. 20005
P: 202-742-1500
F: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com
hkelly@patrickmalonelaw.com

Cameron Kistler (Bar No. 1008922)
Anne Tindall (Bar No. 494607)
(application for admission forthcoming)
Kristy Parker (Bar No. 1542111)

3

(application for admission forthcoming)
Helen White (Bar No. 1741368
(application for admission forthcoming)
Erica Newland (*motion for admission pending*)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, #163
Washington, D.C. 20006
P: 202-579-4582
cameron.kistler@protectdemocracy.org
anne.tindall@protectdemocracy.org
kristy.parker@protectdemocracy.org
helen.white@protectdemocracy.org
erica.newland@protectdemocracy.org

John Paredes (Bar No. NY0418)
UNITED TO PROTECT DEMOCRACY
115 Broadway, 5th Floor
New York, N.Y. 10006
P: 202-579-4582
john.paredes@protectdemocracy.org

Genevieve C. Nadeau (Bar No. 979410)
UNITED TO PROTECT DEMOCRACY
15 Main St., Suite 312
Watertown, MA 02472
P: 202-579-4582
Genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame and Sidney Hemby*

Matthew Kaiser (D.C. Bar No. 486272)
Sarah Fink (D.C. Bar No. 166663)
KAISERDILLON PLLC
1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005
Tel: (202) 640-2850
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com

4

Philip Andonian (D.C. Bar No. 490792)
Joseph Caleb (D.C. Bar No. 495383)
CALEBANDONIAN PLLC
1100 H Street, N.W., Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*

CERTIFICATE OF COMPLIANCE

I hereby certify that, consistent with the Federal Rules of Appellate Procedure, this document contains 84 words. It has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

*/s/ Joseph M. Sellers*
Joseph M. Sellers