# *United States Court of Appeals*
## FOR THE DISTRICT OF COLUMBIA

---

**No. 22-5069**

JAMES BLASSINGAME AND SIDNEY HEMBY

Plaintiffs

v.

DONALD J. TRUMP

Defendant

---

**No. 22-7030**

REPRESENTATIVE ERIC SWALWELL

Plaintiff,

v.

DONALD J. TRUMP, et al

Defendants,

---

**No. 22-7031**

HON. BENNIE G. THOMPSON, et al.

Plaintiffs,

v.

DONALD J. TRUMP, et al.

Defendants.

---

## <u>JOINT REQUEST FOR EXTENSION OF BRIEFING DEADLINES</u>

WHEREAS, Appellees' brief is currently due on August 26, 2022;

WHEREAS, due to Appellees' counsel's prior commitments, Appellees request a four-week extension of their deadline to file an opposition brief to September 23, 2022;

WHEREAS, due to Appellant's counsel's prior commitments, Appellant requests an extension of the deadline to file a reply brief to October 31, 2022;

WHEREAS, the parties have met, conferred, and agreed to this modified schedule;

THE PARTIES RESPECTFULLY REQUEST that the deadline for Appellees' opposition brief be moved to September 23, 2022, and that the deadline for Appellant's reply brief be moved to October 31, 2022.

Dated:  August 12, 2022                    Respectfully submitted,


 /s/  Joseph M. Sellers                        /s/  Jesse R. Binnall
Joseph M. Sellers, Bar No. 318410       Jesse R. Binnall
Brian Corman, Bar No. 1008635           Molly McCann
Alison S. Deich, Bar No. 1572878        BINNALL LAW GROUP, PLLC
COHEN MILSTEIN SELLERS               717 King Street, Suite 200
  & TOLL PLLC                          Alexandria, Virginia 22314
1100 New York Avenue, N.W. Fifth Floor  Phone: (703) 888-1943
Washington, DC 20005                    Fax: (703) 888-1930
Telephone: (202) 408-4600               jesse@binnall.com
                                        molly@binnall.com

Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Janette Louard, Bar No. OH066257
(application for admission forthcoming)
Anthony P. Ashton, Bar No. MD25220
(application for admission forthcoming)
Anna Kathryn Barnes, Bar No. 63609
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Robert B. McDuff (admitted pro hac vice)
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
601-259-8484

*Attorneys for Plaintiffs Hon. Bennie G.
Thompson, et al.*

Patrick A. Malone (Bar No. 397142)
Daniel Scialpi (Bar No. 997556)
(application for admission forthcoming)
Heather J. Kelly (Bar No. 453154)
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES,
P.C.
1310 L Street, N.W., Suite 800
Washington, D.C. 20005
P: 202-742-1500
F: 202-742-1515
pmalone@patrickmalonelaw.com

*Attorneys for Defendant Donald J.
Trump*

dscialpi@patrickmalonelaw.com
hkelly@patrickmalonelaw.com

Cameron Kistler (Bar No. 1008922)
Anne Tindall (Bar No. 494607)
(application for admission forthcoming)
Kristy Parker (Bar No. 1542111)
(application for admission forthcoming)
Helen White (Bar No. 1741368
(application for admission forthcoming)
Erica Newland (*motion for admission
pending*)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, #163
Washington, D.C. 20006
P: 202-579-4582
cameron.kistler@protectdemocracy.org
anne.tindall@protectdemocracy.org
kristy.parker@protectdemocracy.org
helen.white@protectdemocracy.org
erica.newland@protectdemocracy.org

John Paredes (Bar No. NY0418)
UNITED TO PROTECT DEMOCRACY
115 Broadway, 5th Floor
New York, N.Y. 10006
P: 202-579-4582
john.paredes@protectdemocracy.org

Genevieve C. Nadeau (Bar No. 979410)
UNITED TO PROTECT DEMOCRACY
15 Main St., Suite 312
Watertown, MA 02472
P: 202-579-4582
Genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame
and Sidney Hemby*

Matthew Kaiser (D.C. Bar No. 486272)

Sarah Fink (D.C. Bar No. 166663)
KAISERDILLON PLLC
1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005
Tel: (202) 640-2850
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com

Philip Andonian (D.C. Bar No. 490792)
Joseph Caleb (D.C. Bar No. 495383)
CALEBANDONIAN PLLC
1100 H Street, N.W., Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*

CERTIFICATE OF COMPLIANCE

I hereby certify that, consistent with the Federal Rules of Appellate Procedure, this document contains 100 words. It has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

*/s/ Joseph M. Sellers*
Joseph M. Sellers