IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| James Blassingame and Sidney Hemby,<br><br>    Appellees<br><br>  v.<br><br>Donald J. Trump,<br><br>    Appellant. | No. 22-5069, 22-7030, 22-7031<br>September Term, 2021 |

## AMENDED CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

The United States District Court for the District of Columbia recently denied motions to dismiss on three cases that President Trump had previously listed as related in his Certificate as to Parties, Rulings, and Related Cases. Those cases have now been appealed to this Court. President Trump hereby submits this Amended Certificate as to Parties, Rulings, and Related Cases, to reflect his recent appeals.

Pursuant to the Court's Order of March 22, 2022, and D.C. Circuit Court Rule 28(a)(1), Appellant Donald J. Trump in Case Nos. 22-5069, 22-7030, and 22-7031 hereby submits this certificate as to parties, rulings, and related cases.

A. Parties and Amici

The parties that appeared before the district court and that are before this Court are:

1. Defendant-Appellant

   President Donald J. Trump

2. Current and Former Attorneys for Defendants-Appellant

   Current Attorneys:

   Jesse R. Binnall,
   Molly C. McCann
   Binnall Law Group, PLLC
   717 King Street, Suite 200
   Alexandria, Virginia 22314

   Former Attorneys:

   None.

3. Plaintiffs-Appellees

   a. *Thompson et al. v. Donald J. Trump,* Case No. 1:21-cv-400 (APM)

      Karen R. Bass, in her personal capacity

      Stephen I. Cohen, in his personal capacity

      Veronica Escobar, in her personal capacity

      Pramila Jayapal, in her personal capacity

      Henry C. Johnson, Jr., in his personal capacity

      Marcia C. Kaptur, in her personal capacity

      Barbara J. Lee, in her personal capacity

      Jerrold Nadler, in his personal capacity

      Maxine Waters, in her personal capacity

      Bonnie M. Watson Coleman, in her personal capacity

      Bennie G. Thompson, in his personal capacity[1]

  **b.** *Blassingame et al. v. Donald J. Trump,* Case No. 1:21-cv-858 (APM)

      James Blassingame

      Sidney Hemby

  **c.** *Swalwell v. Donald J. Trump,* Case No. 1:21-cv-586 (APM)

      Eric Swalwell

4. **Current and Former Attorneys for Plaintiffs-Appellees**

  **a.** *Thompson et al. v. Donald J. Trump,* Case No. 1:21-cv-400 (APM)

      <u>Current Attorneys:</u>

      Joseph M. Sellers
      Brian Corman

---

[1] On July 20, 2021, Mr. Thompson voluntarily dismissed his claim with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Solely As To Plaintiff Bennie G. Thompson (Dkt. No. 39), *Thompson, et al. v. Donald J. Trump, et al.*, Case No. 1:21-cv-400 (APM) (D.D.C.).

Alison S. Deich
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, D.C. 20005

Janette Louard
Anthony P. Ashton
Anna Kathryn Barnes
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, Maryland 21215

*Attorneys for the Thompson Plaintiffs*

Former Attorneys:

None.

b. *Blassingame et al. v. Donald J. Trump,* Case No. 1:21-cv-00858

Current Attorneys:

Patrick A. Malone
Daniel Scialpi
Patrick Malone & Associates, P.C.
1310 L Street, N.W., Suite 800
Washington, D.C. 20005

Genevieve C. Nadeau
United to Protect Democracy
15 Main Street, Suite 312
Watertown, Massachusetts 02472

Cameron Oatman Kistler
United to Protect Democracy
2020 Pennsylvania Avenue, N.W., Suite 163

4

Washington, D.C. 20006

Former Attorneys:

Kristy L. Parker
United to Protect Democracy
2020 Pennsylvania Avenue, N.W., Suite 163
Washington, D.C. 20006

c. *Swalwell v. Donald J. Trump,* Case No. 1:21-cv-586 (APM)

Current Attorneys:

Matthew G. Kaiser
Sarah R. Fink
KaiserDillon PLLC
1099 14th Street, N.W.
8th Floor West
Washington, D.C. 20005

Phillip Andonian
CalebAndonian PLLC
1100 H. Street, N.W., Suite 315
Washington, D.C. 20005

Former Attorneys:

Barry Coburn
Marc Eisenstein
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W., 2nd Floor
Washington, D.C. 20036


5. **Other Interested Parties (Amici)**

Steven A. Hirsch
Nic Marais

Matan Shacham
Keker, Van Nest, & Peters LLP
633 Battery Street
San Francisco, California 94111-1809

*Attorneys for Amicus Curiae Floyd Abrams, Erwin Chemerinsky, Martha Minow, and Laurence H. Tribe*


Paul M. Smith
Adav Noti
Mark P. Gaber
Jonathan Diaz
Hayden Johnson
1101 14th Street, NW, Suite 400
Washington D.C. 20005

*Attorneys for Amicus Curiae Campaign Legal Center Action*


Elizabeth B. Wydra
Brianne J. Gorod
Dayna J. Zolle
Constitutional Accountability Center
1200 18th Street NW, Suite 501
Washington D.C. 20036

*Attorneys for Amicus Curiae Law Professors*


Christine P. Sun
States United Democracy Center
3749 Buchanan Street, No. 475165
San Francisco, California 94147-3103

Jonathan L. Williams
Jonathan L. Williams, P.A.
113 South Monroe Street, First Floor
Tallahassee, Florida 32301

*Attorneys for Amicus Curiae Jared Holt*

### B. Rulings Under Review

The ruling under review is the Order of the U.S. District Court for the District of Columbia (Mehta, J.), docketed February 18, 2022, denying Defendant-Appellant Donald J. Trump's Motion to dismiss. *Thompson v. Trump*, 2022 WL 503384 (D.D.C. 2022).

### C. Related Cases

The Court has *sua sponte* consolidated the related appeals No. 22-5069, 22-7030, and 22-7031. In addition to these three cases, there are five other cases that are based on similar facts in the district courts. Three of those cases are now on appeal before this Court.

1. *Conrad Smith et al. v. Donald J. Trump et al.,* Case No. 1:21-cv-2265 (APM) (D.D.C.)

2. *Brianna Kirkland v. Donald J. Trump*, Case No. 1:22-cv-34 (APM) (D.D.C.); *Kirkland v. Trump,* No. 22-7122 (consolidated No. 22-7120).

3. *Marcus J. Moore v. Donald J. Trump*, Case No. 1:22-cv-10 (APM) (D.D.C.); *Moore v. Trump,* No. 22-7120.

4. *Bobby Tabron et al. v. Donald J. Trump*, Case No. 1:22-cv-11 (APM) (D.D.C.); *Tabron v. Trump,* No. 22-121 (consolidated No. 22-7120).

5. *Michigan Welfare Rights Organization et al. v. Donald J. Trump et al.,* Case No. 1:20-cv-3388 (EGS) (D.D.C).

Defendant-Appellant is not aware of any other related case pending before this Court or any court.

Dated: September 13, 2022                  Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Molly McCann
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
           molly@binnall.com

*Attorneys for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on September 13, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump*
