**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Blassingame, et al.

v.                                    **Case No:** 22-5069

Trump

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

James Blassingame

Sidney Hemby

### Counsel Information

Lead Counsel: Patrick Malone (already appeared)

Direct Phone: ( 202 ) 742-1500    Fax: ( 202 ) 742-1515    Email: pmalone@patrickmalonelaw.com

2nd Counsel: Kristy Parker

Direct Phone: ( 202 ) 424-9906    Fax: ( 929 ) 777-8428    Email: kristy.parker@protectdemocracy.org

3rd Counsel:

Direct Phone: (    )      -         Fax: (    )      -         Email:

Firm Name:

Firm Address:

Firm Phone: (    )      -         Fax: (    )      -         Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)