# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

### No. 22-5069

JAMES BLASSINGAME AND SIDNEY HEMBY

Appellees,

v.

DONALD J. TRUMP

Appellant,

### No. 22-7030

REPRESENTATIVE ERIC SWALWELL

Appellees,

v.

DONALD J. TRUMP, et al

Appellant,

### No. 22-7031

HON. BENNIE G. THOMPSON, et al.

Appellees,

v.

DONALD J. TRUMP, et al.

Appellant.

### *BLASSINGAME* PLAINTIFFS' OPPOSITION TO APPELLEES' MOTION TO CONSOLIDATE RELATED INTERLOCUTORY APPEALS

Joseph M. Sellers, D.C. Cir. Bar No. 30022
Brian Corman, Bar No. DC1008635
Alison S. Deich, Bar No. DC1572878
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. Fifth Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Robert B. McDuff
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
601-259-8484

Janette McCarthy-Wallace Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
Anna Kathryn Barnes, Bar No. 63609
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Appellees Bass Plaintiffs\**

Philip Andonian (Bar No. 63669)
Joseph Caleb (D.C. Bar No. 495383)
CALEBANDONIAN PLLC
1100 H Street, N.W., Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
phil@calebandonian.com
joe@calebandonian.com

Matthew Kaiser (Bar No. 5303)
Sarah R. Fink (Bar No. 63849)
KAISERDILLON PLLC
1099 Fourteenth Street, N.W., 8th Fl.West
Washington, D.C. 20005
Tel: (202) 640-2850
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com

*Attorneys for Appellee Eric Swalwell*

Patrick A. Malone (Bar No. 397142)
Daniel Scialpi (Bar No. 997556)
Heather J. Kelly (Bar No. 453154)
PATRICK MALONE & ASSOCIATES, P.C.

Cameron Kistler (Bar No. 62145)
Erica Newland (Bar No. pending)
Kristy Parker (Bar No. 63922)
Jacek Pruski
Anne Tindall

1

1310 L Street, N.W., Suite 800
Washington, D.C. 20005
P: 202-742-1500
F: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com
hkelly@patrickmalonelaw.com

UNITED TO PROTECT
DEMOCRACY
2020 Pennsylvania Ave. NW, #163
Washington, D.C. 20006
P: 202-579-4582
cameron.kistler@protectdemocracy.org
erica.newland@protectdemocracy.org
kristy.parker@protectdemocracy.org
jacek.pruski@protectdemocracy.org
anne.tindall@protectdemocracy.org

John Paredes
UNITED TO PROTECT
DEMOCRACY
115 Broadway, 5th Floor
New York, N.Y. 10006
P: 202-579-4582
john.paredes@protectdemocracy.org

Genevieve C. Nadeau (Bar No. 63685)
Benjamin L. Berwick (Bar No. 62300)
UNITED TO PROTECT
DEMOCRACY
15 Main St., Suite 312
Watertown, MA 02472
P: 202-579-4582
genevieve.nadeau@protectdemocracy.org
benjamin.berwick@protectdemocracy.org

*Attorneys for Appellees James Blassingame and Sidney Hemby*

---

\*After Congressman Thompson withdrew from this action, the district court referred to the remaining Plaintiffs as the "Bass Plaintiffs." JA 214-15.

Plaintiff-Appellees in *Blassingame v. Trump*, No. 22-5069, *Thompson v. Trump*, No. 22-7031, and *Swalwell v. Trump*, No. 22-7030 (collectively, the "*Blassingame* Plaintiffs") respectfully request that this Court deny the *Smith* Plaintiffs' motion to consolidate ("Motion"). Granting the Motion would be inconsistent with this Court's standard practice and treatment of other civil cases arising out of the January 6 attack on Congress. It would also prejudice the *Blassingame* Plaintiffs and disserve judicial economy.[1] Finally, consolidation is unnecessary because the *Blassingame* Plaintiffs have already made the argument that the *Smith* Plaintiffs wish to brief.

Consolidation is procedurally inappropriate—and unnecessary—at this stage of the appeal. The Court heard oral argument in *Blassingame* on December 7, 2022. Following oral argument, the panel solicited the views of the Department of Justice, which is scheduled to file an amicus brief on March 2, 2023. Per Curiam Order (Feb. 13, 2023). When the *Blassingame* Plaintiffs file a short joint supplemental brief (contemporaneously with Appellant Trump) on March 16, briefing in the consolidated appeals will be complete.

---

[1] The plaintiffs in *Smith* filed their complaint in the district court on August 26, 2021, five months after the *Blassingame* plaintiffs. *Smith v. Trump*, 1:21-cv-02265-APM, Complaint (ECF #1). They then amended their complaint on December 3, 2021, only days before the district court noticed oral argument in the *Blassingame*, *Thompson*, and *Swalwell* cases. *Id.*, Notice of Hearing (Dec. 16, 2021).

1

Given the progress that the parties and the Court have made in *Blassingame*, this Court has chosen to hold three other civil cases arising out of the January 6 attack on Congress (all of which confront the same immunity issue as *Smith*) in abeyance pending resolution of *Blassingame*. *See, e.g.*, *Moore v. Trump*, No. 22-7120, Clerk's Order (Oct. 20, 2022). Plaintiffs respectfully request that the Court follow the same practice—which is standard in this Circuit— for the *Smith* case. After *Blassingame* is resolved, the *Smith* Plaintiffs (like the plaintiffs in the three cases currently held in abeyance) can file a motion for summary affirmance or reversal on an expedited basis.

If the Court instead consolidates *Smith* with the *Blassingame* cases, there is a substantial risk that the parties would need to make significant amendments to the Joint Appendix (to include materials related to *Smith*), file renewed briefing, and potentially make additional oral arguments, causing extensive delays. The *Smith* Plaintiffs represent that they could file a brief within ten days of the Court's decision on its motion to consolidate, *see* Mot. at 13, but they do not account for the additional time that would be required for responsive briefing from Defendant Trump (who has not consented to the *Smith* Plaintiffs' proposed schedule), and potentially the *Blassingame* Plaintiffs and Department of Justice. Nor do they account for the possibility that proceedings may otherwise be extended as the result of adding several more plaintiffs, and a fourth complaint, to the consolidated

2

appeals. These delays would prejudice the *Blassingame* Plaintiffs, who have already waited more than two years for discovery to begin, and disserve judicial economy.

      Finally, the *Blassingame* Plaintiffs have already raised the argument that the *Smith* Plaintiffs wish to make, albeit relying on different and more apt authority. Like the *Smith* Plaintiffs, the *Blassingame* Plaintiffs plead and argue that the course of conduct at issue in this case is not simply Appellant Trump's speech on January 6, but his participation in a conspiracy to attack Congress. *See* Corrected Br. of Appellees, *Blassingame v. Trump*, No. 22-5069 at 4-8, 22. The Court also raised this issue during oral argument. Recording of Oral Argument, *Blassingame v. Trump*, No. 22-5069 at 1:46:35 (Chief Judge Srinivasan stating: "there's allegations in the complaint that are beyond January 6 . . . . So even if one thought the Jan 6th speech is something that implicates presidential immunity, what about fact that there still are other things in the complaint . . . like private conversations with election officials, like planning the rally . . . ."). As a result, no additional briefing is necessary to ensure this point is before the Court.

Dated:  February 28, 2023

Respectfully submitted,

/s/ Joseph M. Sellers
Joseph M. Sellers, D.C. Cir. Bar No. 30022
Brian Corman, Bar No. DC1008635
Alison S. Deich, Bar No. DC1572878
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. Fifth Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Robert B. McDuff
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
601-259-8484

*Attorneys for Appellees Hon. Bennie G. Thompson, et al.*

Janette McCarthy-Wallace Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
Anna Kathryn Barnes, Bar No. 63609
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Philip Andonian (Bar No. 63669)
Joseph Caleb (D.C. Bar No. 495383)
CALEBANDONIAN PLLC
1100 H Street, N.W., Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Appellee Eric Swalwell*

Matthew Kaiser (Bar No. 5303)
Sarah R. Fink (Bar No. 63849)
KAISERDILLON PLLC
1099 Fourteenth Street, N.W., 8th Fl.West
Washington, D.C. 20005
Tel: (202) 640-2850
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com

Patrick A. Malone (Bar No. 397142)
Daniel Scialpi (Bar No. 997556)

Cameron Kistler (Bar No. 62145)
Erica Newland (Bar No. pending)

Heather J. Kelly (Bar No. 453154)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street, N.W., Suite 800
Washington, D.C. 20005
P: 202-742-1500
F: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com
hkelly@patrickmalonelaw.com

John Paredes
UNITED TO PROTECT DEMOCRACY
115 Broadway, 5th Floor
New York, N.Y. 10006
P: 202-579-4582
john.paredes@protectdemocracy.org

*Attorneys for Appellees James Blassingame and Sidney Hemby*

Kristy Parker (Bar No. 63922)
Jacek Pruski
Anne Tindall
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, #163
Washington, D.C. 20006
P: 202-579-4582
cameron.kistler@protectdemocracy.org
erica.newland@protectdemocracy.org
kristy.parker@protectdemocracy.org
jacek.pruski@protectdemocracy.org
anne.tindall@protectdemocracy.org

Genevieve C. Nadeau (Bar No. 63685)
Benjamin L. Berwick (Bar No. 62300)
UNITED TO PROTECT DEMOCRACY
15 Main St., Suite 312
Watertown, MA 02472
P: 202-579-4582
genevieve.nadeau@protectdemocracy.org
benjamin.berwick@protectdemocracy.org

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 677 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally spaced typeface.

Dated: February 28, 2023                   /s/ Joseph M. Sellers
                                          Joseph M. Sellers

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: February 28, 2023         /s/ Joseph M. Sellers
                                 Joseph M. Sellers