

Cameron O. Kistler  
Counsel  
United to Protect Democracy  
2020 Pennsylvania Ave. NW, #163  
Washington, D.C. 20006  
(202) 579-4582  
cameron.kistler@protectdemocracy.org

Mark Langer  
Clerk of Court  
United States Court of Appeals  
District of Columbia Circuit  
333 Constitution Ave, NW  
Washington, DC 20001

March 22, 2023

      Subject:  *Blassingame v. Trump* (22-5069); *Swalwell v. Trump* (22-7030); *Thompson v. Trump* (22-7031)

Dear Mr. Langer:

      I represent James Blassingame and Sidney Hemby in the consolidated above-captioned matter.  I write to inform you that Helen E. White, who has appeared on behalf of Officers Blassingame and Hemby, has ended her employment with United to Protect Democracy and therefore no longer represents these clients.  I therefore ask that the Court terminate Ms. White's appearance on their behalf in this consolidated appeal.  My colleagues and our co-counsel at Patrick Malone & Associates, P.C., continue to represent Officers Blassingame and Hemby.

Sincerely,

*/s/ Cameron O. Kistler*  
Cameron O. Kistler