# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7031** September Term, 2023

1:21-cv-00400-APM

Filed On: November 30, 2023 [2029340]

Bonnie Watson Coleman, et al.,

    Appellees

  v.

Donald J. Trump, solely in his personal capacity,

    Appellant

Rudolph W. Giuliani, et al.,

    Appellees

-----------------------------

Consolidated with 22-5069

    **BEFORE:** Srinivasan, Chief Judge, Katsas, Circuit Judge, and Rogers, Senior Circuit Judges

## O R D E R

Upon consideration of appellees' unopposed motion to change the caption in case No. 22-7031, it is

**ORDERED** hat the motion be granted. The Clerk is directed to note the termination of appellee Bennie Thompson on the docket.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:   /s/
    Michael C. McGrail
    Deputy Clerk